# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICKY BAZILE

VERSUS

NURSE PAULA STRINGER AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, RAYBURN
CORRECTIONAL CENTER

NO.  2021 CW 0447

**JUNE 21, 2021**

---

In Re:    Ricky Bazile, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No.
          113018.

---

**BEFORE:    GUIDRY, McDONALD, AND McCLENDON, JJ.**

    **WRIT DENIED.**

**JMM**
**PMc**

    **Guidry, J,** dissents. The district court signed two pauper orders in favor of plaintiff, Ricky Bazile. Both motions to proceed in forma pauperis were filed citing La. Code Civ. P. art. 5181, without reference to La. R.S. 15:1186, and the pauper orders signed by the district court did not reference the provisions of La. R.S. 15:1186. Accordingly, I respectfully dissent and would reverse the district court's December 10, 2020 judgment which denied plaintiff's motion to lift the stay imposed pursuant to La. R.S. 15:1186 and ordered plaintiff to comply with the provisions of the Prisoner Litigation Reform Act.

COURT OF APPEAL, FIRST CIRCUIT

![signature]

DEPUTY CLERK OF COURT
FOR THE COURT